```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
UNITED STATES OF AMERICA,
                                         MEMORANDUM ORDER
        -against-                        03-CR-0189 (DRH)


BRUCE WERNICK,

            Defendant.
-----------------------------X
A P P E A R A N C E S:

For the Government:
     Loretta Lynch
     United States Attorney
     Eastern District of New York
     100 Federal Plaza
     Central Islip, New York 11722
        By: Lara Gatz, A.U.S.A.

For Defendant:
     Norman Trabulus, Esq.
     345 Seventh Avenue
     21st Floor
     New York, New York 10001
```

HURLEY, Senior District Judge

        Resentencing consistent with the Second Circuit Court of Appeals' decision dated August 8, 2012 will be held on September 25, 2013 at 10:30 a.m. The probation department is directed to prepare a revised probation report consistent with the Second Circuit's decision and, in the process, to address footnote 9 of that decision. Following receipt of the probation department's revised report, the government and defense are directed to advise the Court at least two weeks prior to the

scheduled sentencing date of any objections that either has to any portions of the probation report including the guideline calculations.

SO ORDERED.

Dated: June 24, 2013
      Central Islip, New York 11722

_____
DENIS R. HURLEY, U.S.D.J.